**Opinion issued December 19, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-24-00549-CV**

———————————

**IN RE KINGWOOD DIAMOND, INC. AND OBAID UDDIN, Relators**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relators Kingwood Diamond, Inc. and Obaid Uddin have filed a mandamus petition challenging the trial court's order denying their "Amended Emergency Motion to Reconsider Motion to Terminate Receivership and Motion Seeking Final Accounting, and in the Alternative, Motion to Stay Receivership."[1] We deny the petition.

---

[1] The underlying case is *Lonestar Petroleum, L.P. v. Kingwood Diamond, Inc., Obaid Uddin, OHK Global, Inc., Fuel 2 Go, LLC, Agha Asad Ali, and Agha Hammad Ali*, cause number 2019-2722, pending in the 157th District Court of Harris County, Texas, the Honorable Tanya Garrison presiding.

## PER CURIAM

Panel consists of Justices Goodman, Landau, and Countiss.